# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**807**

**CA 11-01934**

PRESENT: CENTRA, J.P., PERADOTTO, CARNI, LINDLEY, AND SCONIERS, JJ.

---

KATHLEEN E. ANDRESS, PLAINTIFF-RESPONDENT,

V                                           MEMORANDUM AND ORDER

TERRANCE A. ANDRESS, DEFENDANT-APPELLANT.
(APPEAL NO. 2.)

---

LABIN & BUFFOMANTE, WILLIAMSVILLE (CLAYTON J. LENHARDT OF COUNSEL), FOR DEFENDANT-APPELLANT.

ZARCONE ASSOCIATES, PLLC, GETZVILLE (KELLY V. ZARCONE OF COUNSEL), FOR PLAINTIFF-RESPONDENT.

-----------------------------------------------------------------------------------------------

Appeal from an amended order of the Supreme Court, Erie County (Tracey A. Bannister, J.), entered May 2, 2011. The amended order distributed the vested retirement benefits of plaintiff.

It is hereby ORDERED that said appeal is unanimously dismissed without costs.

Same Memorandum as in *Andress v Andress* ([appeal No. 1] ___ AD3d ___ [July 6, 2012]).

Entered:  July 6, 2012                      Frances E. Cafarell
                                            Clerk of the Court